AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Mississippi ▾

| | |
|---|---|
| MICHAEL FRAZIER and JESSICA FRAZIER on behalf of their minor child, J.L.F. <br><br><br> *Plaintiff(s)* <br> v. <br> University of Mississippi Medical Center, et.al. <br><br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 3:16-cv-00976-DPJ-FKB

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rhonda Hamilton
406 Briarwood Drive, Bldg 200
Jackson, MS 39206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Tina M. Bullock, Esq Bullock Law Firm, PLLC
PO Box 2202 Ridgeland MS 39158

William "Wes" Fulgham, Fulgham Law Firm, PLLC
1625 Old Canton Road, Ste 200-122, Jackson, MS 39211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

*CLERK OF COURT*

Date: 6/2/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Mississippi ▾

| | |
|---|---|
| MICHAEL FRAZIER and JESSICA FRAZIER on behalf of their minor child, J.L.F. | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) Civil Action No. 3:16-cv-00976-DPJ-FKB |
| University of Mississippi Medical Center, et.al. | ) ) ) ) |
| _Defendant(s)_ | ) ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Vincent Caracci
406 Briarwood Drive, Bldg 200
Jackson, MS 39206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Tina M. Bullock, Esq Bullock Law Firm, PLLC
PO Box 2202 Ridgeland MS 39158

William "Wes" Fulgham, Fulgham Law Firm, PLLC
1625 Old Canton Road, Ste 200-122, Jackson, MS 39211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

_CLERK OF COURT_

Date: 6/2/17

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Southern District of Mississippi ▾

| | |
|---|---|
| MICHAEL FRAZIER and JESSICA FRAZIER on behalf of their minor child, J.L.F. | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) Civil Action No. 3:16-cv-00976-DPJ-FKB |
| University of Mississippi Medical Center, et.al. | ) ) ) ) |
| _Defendant(s)_ | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Barry Davis
406 Briarwood Drive, Bldg 200
Jackson, MS 39206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tina M. Bullock, Esq Bullock Law Firm, PLLC
PO Box 2202 Ridgeland MS 39158

William "Wes" Fulgham, Fulgham Law Firm, PLLC
1625 Old Canton Road, Ste 200-122, Jackson, MS 39211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

_CLERK OF COURT_

Date: 6/2/17

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Southern District of Mississippi

| | |
|---|---|
| MICHAEL FRAZIER and JESSICA FRAZIER, on behalf of their minor child, J.L.F. | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 3:16-cv-00976-DPJ-FKB ) |
| University of Mississippi Medical Center, et.al. | ) ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sta-Home Health & Hospice, Inc.
Corporation Service Company, Registered Agent
5760 I-55 North, Suite 150
Jackson, MS 39211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tina M. Bullock, Esq. Bullock Law Firm, PLLC
PO Box 2202, Ridgeland, MS 39158

William "Wes" Fulgham, Fulgham Law Firm, PLLC
1625 E. Old Canton Road, Ste 200-122
Jackson, MS 39211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

*CLERK OF COURT*

Date:  4/2/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | | |
|---|---|---|
| MICHAEL FRAZIER and JESSICA FRAZIER, on behalf of their minor child, J.L.F. | ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  3:16-cv-00976-DPJ-FKB |
| University of Mississippi Medical Center, et.al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sta-Home Health Agency of Carthage Inc.
Corporation Service Company, Registered Agent
5760 I-55 North, Suite 150
Jackson, MS 39211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Tina M. Bullock, Esq. Bullock Law Firm, PLLC
PO Box 2202, Ridgeland, MS 39158

William "Wes" Fulgham, Fulgham Law Firm, PLLC
1625 E. Old Canton Road, Ste 200-122
Jackson, MS 39211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

CLERK OF COURT

Date:  4/2/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Mississippi

| | |
|---|---|
| MICHAEL FRAZIER and JESSICA FRAZIER, on behalf of their minor child, J.L.F. | ) ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) ) Civil Action No.  3:16-cv-00976-DPJ-FKB |
| University of Mississippi Medical Center, et.al. | ) ) ) ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Sta-Home Health Agency of Carthage, LLC
Corporation Service Company, Registered Agent
5760 I-55 North, Suite 150
Jackson, MS 39211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Tina M. Bullock, Esq. Bullock Law Firm, PLLC
PO Box 2202, Ridgeland, MS 39158

William "Wes" Fulgham, Fulgham Law Firm, PLLC
1625 E. Old Canton Road, Ste 200-122
Jackson, MS 39211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
_CLERK OF COURT_

Date:  4/8/17

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi ▼

|  |  |
|---|---|
| MICHAEL FRAZIER and JESSICA FRAZIER on behalf of their minor child, J.L.F. | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) ) Civil Action No. 3:16-cv-00976-DPJ-FKB |
| University of Mississippi Medical Center, et.al. | ) ) ) ) |
| _Defendant(s)_ | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Physician Services, LLC
Richard Barry, Registered Agent
500 Constitution Avenue
Meridian, MS 39301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tina M. Bullock, Esq Bullock Law Firm, PLLC
PO Box 2202 Ridgeland MS 39158

William "Wes" Fulgham, Fulgham Law Firm, PLLC
1625 Old Canton Road, Ste 200-122, Jackson, MS 39211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

_CLERK OF COURT_

Date: 6/2/17

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi ▼

| | |
|---|---|
| MICHAEL FRAZIER and JESSICA FRAZIER<br>on behalf of their minor child, J.L.F.<br><br><br><br>*Plaintiff(s)*<br>v.<br>University of Mississippi Medical Center, et.al.<br><br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 3:16-cv-00976-DPJ-FKB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Vital Care Inc. "dba" Vital Care of Meridian/West Alabama
James H. Paternos, Registered Agent
1170 NE Industrial Park Road
Meridian, MS 39301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tina M. Bullock, Esq Bullock Law Firm, PLLC
PO Box 2202 Ridgeland MS 39158

William "Wes" Fulgham, Fulgham Law Firm, PLLC
1625 Old Canton Road, Ste 200-122, Jackson, MS 39211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

CLERK OF COURT.

Date: 6/2/17

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi ▾

MICHAEL FRAZIER and JESSICA FRAZIER
on behalf of their minor child, J.L.F.

)
)
)
)
)
)
)

*Plaintiff(s)*

v.

University of Mississippi Medical Center, et.al.

)
)
)
)
)
)
)

Civil Action No. 3:16-cv-00976-DPJ-FKB

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jim Hood, Attorney General
State of Mississippi
Walter Sillers Building
550 High Street, Suite 1200
Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Tina M. Bullock, Esq Bullock Law Firm, PLLC
PO Box 2202 Ridgeland MS 39158

William "Wes" Fulgham, Fulgham Law Firm, PLLC
1625 Old Canton Road, Ste 200-122, Jackson, MS 39211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

CLERK OF COURT

Date: 6/2/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi ▼

| | |
|---|---|
| MICHAEL FRAZIER and JESSICA FRAZIER on behalf of their minor child, J.L.F. | ) ) ) ) |
| _____ *Plaintiff(s)* | ) ) ) |
| v. | ) Civil Action No. 3:16-cv-00976-DPJ-FKB |
| University of Mississippi Medical Center, et.al. | ) ) ) |
| _____ *Defendant(s)* | ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LouAnn Woodward, M.D. CEO/Vice Chancellor
University of Mississippi Medical Center
2500 North State Street
Jackson, MS 39216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Tina M. Bullock, Esq Bullock Law Firm, PLLC
PO Box 2202 Ridgeland MS 39158

William "Wes" Fulgham, Fulgham Law Firm, PLLC
1625 Old Canton Road, Ste 200-122, Jackson, MS 39211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 6/2/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Mississippi ▾

| | |
|---|---|
| MICHAEL FRAZIER and JESSICA FRAZIER<br>on behalf of their minor child, J.L.F.<br><br><br>_Plaintiff(s)_<br>v.<br>University of Mississippi Medical Center, et.al.<br><br><br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 3:16-cv-00976-DPJ-FKB<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Dale Higginbotham, N.P.
1523 22nd Avenue
Meridian, MS 39301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Tina M. Bullock, Esq Bullock Law Firm, PLLC
PO Box 2202 Ridgeland MS 39158

William "Wes" Fulgham, Fulgham Law Firm, PLLC
1625 Old Canton Road, Ste 200-122, Jackson, MS 39211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

_CLERK OF COURT_

Date: 6/2/17

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Southern District of Mississippi ▼

|  |  |
|---|---|
| MICHAEL FRAZIER and JESSICA FRAZIER on behalf of their minor child, J.L.F. | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| University of Mississippi Medical Center, et.al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 3:16-cv-00976-DPJ-FKB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Elizabeth Sims, N.P.
1314 19th Avenue
Meridian, MS 39301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Tina M. Bullock, Esq Bullock Law Firm, PLLC
PO Box 2202 Ridgeland MS 39158

William "Wes" Fulgham, Fulgham Law Firm, PLLC
1625 Old Canton Road, Ste 200-122, Jackson, MS 39211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

*CLERK OF COURT*

Date: 6/2/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi ▾

| | |
|---|---|
| MICHAEL FRAZIER and JESSICA FRAZIER<br>on behalf of their minor child, J.L.F.<br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>University of Mississippi Medical Center, et.al.<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 3:16-cv-00976-DPJ-FKB

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Linus Martin, M.D.
1314 19th Avenue
Meridian, MS 39301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Tina M. Bullock, Esq Bullock Law Firm, PLLC
PO Box 2202 Ridgeland MS 39158

William "Wes" Fulgham, Fulgham Law Firm, PLLC
1625 Old Canton Road, Ste 200-122, Jackson, MS 39211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

*CLERK OF COURT*

Date: 6/2/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Mississippi ▼

| | |
|---|---|
| MICHAEL FRAZIER and JESSICA FRAZIER on behalf of their minor child, J.L.F. | ) ) ) ) ) |
| _____*Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 3:16-cv-00976-DPJ-FKB |
| University of Mississippi Medical Center, et.al. | ) ) ) ) ) |
| _____*Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lori McBride, M.D.
200 Henry Clay Avenue
New Orleans, LA 70118

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Tina M. Bullock, Esq Bullock Law Firm, PLLC
PO Box 2202 Ridgeland MS 39158

William "Wes" Fulgham, Fulgham Law Firm, PLLC
1625 Old Canton Road, Ste 200-122, Jackson, MS 39211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: 6/2/17

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi ▾

| | |
|---|---|
| MICHAEL FRAZIER and JESSICA FRAZIER on behalf of their minor child, J.L.F. | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No. 3:16-cv-00976-DPJ-FKB |
| University of Mississippi Medical Center, et.al. | ) ) |
| _____ | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Anderson Regional Medical Center "dba" Anderson Children's Medical Clinic
Donna Herrington, Registered Agent
2124 14th Street
Meridian, MS 39301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Tina M. Bullock, Esq Bullock Law Firm, PLLC
PO Box 2202 Ridgeland MS 39158

William "Wes" Fulgham, Fulgham Law Firm, PLLC
1625 Old Canton Road, Ste 200-122, Jackson, MS 39211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

CLERK OF COURT

Date: 6/2/17

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi ▼

| | |
|---|---|
| MICHAEL FRAZIER and JESSICA FRAZIER on behalf of their minor child, J.L.F. | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 3:16-cv-00976-DPJ-FKB |
| University of Mississippi Medical Center, et.al. | ) ) ) |
| *Defendant(s)* | ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jonathan Bell
1170 NE Industrial Park Road
Meridian, MS 39301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Tina M. Bullock, Esq Bullock Law Firm, PLLC
PO Box 2202 Ridgeland MS 39158

William "Wes" Fulgham, Fulgham Law Firm, PLLC
1625 Old Canton Road, Ste 200-122, Jackson, MS 39211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

CLERK OF COURT

Date: 6/2/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Mississippi ▼

| | |
|---|---|
| MICHAEL FRAZIER and JESSICA FRAZIER on behalf of their minor child, J.L.F. <br><br><br><br><br> *Plaintiff(s)* <br> v. <br> University of Mississippi Medical Center, et.al. <br><br><br><br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 3:16-cv-00976-DPJ-FKB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* John Bell, Jr.
1170 NE Industrial Park Road
Meridian, MS 39301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Tina M. Bullock, Esq Bullock Law Firm, PLLC
PO Box 2202 Ridgeland MS 39158

William "Wes" Fulgham, Fulgham Law Firm, PLLC
1625 Old Canton Road, Ste 200-122, Jackson, MS 39211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

CLERK OF COURT

Date: 6/2/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Southern District of Mississippi ▾

| | |
|---|---|
| MICHAEL FRAZIER and JESSICA FRAZIER<br>on behalf of their minor child, J.L.F.<br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>University of Mississippi Medical Center, et.al.<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 3:16-cv-00976-DPJ-FKB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Louise Mock
1170 NE Industrial Park Road
Meridian, MS 39301


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Tina M. Bullock, Esq Bullock Law Firm, PLLC
PO Box 2202 Ridgeland MS 39158


William "Wes" Fulgham, Fulgham Law Firm, PLLC
1625 Old Canton Road, Ste 200-122, Jackson, MS 39211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: 6/2/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi ▼

|  |  |
|---|---|
| MICHAEL FRAZIER and JESSICA FRAZIER on behalf of their minor child, J.L.F. | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 3:16-cv-00976-DPJ-FKB |
| University of Mississippi Medical Center, et.al. | ) ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Katrina Trosper, RN
c/o StaHome Meridian
1201 22nd Avenue
Meridian, MS 39301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tina M. Bullock, Esq Bullock Law Firm, PLLC
PO Box 2202 Ridgeland MS 39158

William "Wes" Fulgham, Fulgham Law Firm, PLLC
1625 Old Canton Road, Ste 200-122, Jackson, MS 39211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

CLERK OF COURT

Date: 6/2/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi ▼

| | |
|---|---|
| MICHAEL FRAZIER and JESSICA FRAZIER on behalf of their minor child, J.L.F. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

*Plaintiff(s)*

v.

University of Mississippi Medical Center, et.al.

*Defendant(s)*

Civil Action No. 3:16-cv-00976-DPJ-FKB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KCC Inc
James H. Paternos, Registered Agent
1170 NE Industrial Park Road
Meridian, MS 39301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Tina M. Bullock, Esq Bullock Law Firm, PLLC
PO Box 2202 Ridgeland MS 39158

William "Wes" Fulgham, Fulgham Law Firm, PLLC
1625 Old Canton Road, Ste 200-122, Jackson, MS 39211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 6/2/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Mississippi ▼

| | |
|---|---|
| MICHAEL FRAZIER and JESSICA FRAZIER<br>on behalf of their minor child, J.L.F.<br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>University of Mississippi Medical Center, et.al.<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 3:16-cv-00976-DPJ-FKB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kasonya Boyd, RN
1201 22nd Avenue
Meridian, MS 39301

.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Tina M. Bullock, Esq Bullock Law Firm, PLLC
PO Box 2202 Ridgeland MS 39158

William "Wes" Fulgham, Fulgham Law Firm, PLLC
1625 Old Canton Road, Ste 200-122, Jackson, MS 39211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

CLERK OF COURT

Date: 6/2/17

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi ▾

| | |
|---|---|
| MICHAEL FRAZIER and JESSICA FRAZIER on behalf of their minor child, J.L.F. | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 3:16-cv-00976-DPJ-FKB |
| University of Mississippi Medical Center, et.al. | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Candace Hoffer, RN
1201 22nd Avenue
Meridian, MS 39301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Tina M. Bullock, Esq Bullock Law Firm, PLLC
PO Box 2202 Ridgeland MS 39158

William "Wes" Fulgham, Fulgham Law Firm, PLLC
1625 Old Canton Road, Ste 200-122, Jackson, MS 39211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

CLERK OF COURT

Date: 6/2/17

*Signature of Clerk or Deputy Clerk*